**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00826-CR

## QUIENCY LAJOSHUA DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-82308-2014

## ORDER

The Court **REINSTATES** the appeal.

On August 18, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 19, 2015, we received the reporter's record and on September 21, 2015, we received the exhibits. Therefore, in the interest of expediting the appeal, we **VACATE** the August 18, 2015 order requiring findings.

We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.


                                          /s/     ADA BROWN
                                                           JUSTICE